# UNITED STATES DISTRICT COURT
for the
Eastern District of California ▼

FEDERAL Division

| | |
|---|---|
| Cassandra Bonita Charles <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> SEE LIST OF NAMES <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2:23-cv-2200 DAD AC (PS) <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No <br><br> **FILED** <br> OCT 04 2023 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY_____ <br> DEPUTY CLERK |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cassandra B. Charles |
| Street Address | 2300 K Street. #403 |
| City and County | Sacramento |
| State and Zip Code | CA 95816 |
| Telephone Number | 916-398-6619 |
| E-mail Address | ccbbcharles53@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. Office of Personnel Management |
| Job or Title *(if known)* | Unknown |
| Street Address | 1900 E Street NW |
| City and County | Washington |
| State and Zip Code | D.C. 20005 |
| Telephone Number | 202-606-1800 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Pension Benefits Guaranty Corporation |
| Job or Title *(if known)* | Unknown |
| Street Address | P.O. Box 151750 |
| City and County | Alexndria Fairfax |
| State and Zip Code | Virginia 22315 |
| Telephone Number | 800-763-2444 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | Accenture Federal Services |
| Job or Title *(if known)* | Unknown |
| Street Address | 1201 New York Ave., NW |
| City and County | Washington |
| State and Zip Code | D.C. 20005 |
| Telephone Number | 877-889-9009 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 4

| | |
|---|---|
| Name | Federal Retirement Thrift Investment |
| Job or Title *(if known)* | Unknown |
| Street Address | 77 K Street, NE Ste. 1000 |
| City and County | Washington |
| State and Zip Code | D.C. 20002 |
| Telephone Number | 202-942-1600 |
| E-mail Address *(if known)* | Unknown |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Alight Solutions |
| Job or Title *(if known)* | Unknown |
| Street Address | 4 Overlook Point 40P |
| City and County | Lincolnshire |
| State and Zip Code | Illinois 60009 |
| Telephone Number | 224-737-7000 |
| E-mail Address *(if known)* | Unknown |

### Defendant No. 2

| | |
|---|---|
| Name | Office of the Air Force Inspector General |
| Job or Title *(if known)* | Unknown |
| Street Address | 1140 AF Pentagon |
| City and County | Washington |
| State and Zip Code | D.C. 20330 |
| Telephone Number | 202-404-5334 |
| E-mail Address *(if known)* | Unknown |

### Defendant No. 3

| | |
|---|---|
| Name | U.S. Office of the Inspector General |
| Job or Title *(if known)* | Unknown |
| Street Address | 950 Pennsylvania Ave. NW |
| City and County | Washington |
| State and Zip Code | D.C. 20530 |
| Telephone Number | 202-514-3435 |
| E-mail Address *(if known)* | Unknown |

### Defendant No. 4

| | |
|---|---|
| Name | Defense Finance Accounting Services |
| Job or Title *(if known)* | Unknown |
| Street Address | 8899 East 56th Street |
| City and County | Indiapolis Marion |
| State and Zip Code | Indiana 46249 |
| Telephone Number | 888-332-7411 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 1

    Name — Employee Benefits Administration, Dept. of Labor

    Job or Title *(if known)* — Unknown

    Street Address — 8899 East-West Hwy

    City and County — Silversprings Montgomery

    State and Zip Code — Maryland 20910

    Telephone Number — 202-693-8700

    E-mail Address *(if known)* — Unknown

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. 1331
The ERISA Act of 1974
The U.S. Constitution, Article 1,8  Management of Funds in Direct Benefits Plan

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Cassandra B. Charles, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* U.S. Office of Personnel Management , is incorporated under the laws of the State of *(name)* Washington D.C. , and has its principal place of business in the State of *(name)* Washington D.C. .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

b. If the defendant is a corporation

The defendant, *(name)* Pension Benefits Guaranty Corporation, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virgina.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* United States.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value monthly value of retirement monies owed to me in the form of a retirement anunity account established in December 1979.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed monies into an anunity retirement account through the Department of the Air Force.
I am/was never notified concernigh my retirement anunity account.
Denied retirement monies.
Denied account information.
Denied access to retirement account.
Denied access to 1099-Rs

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay our my retirement anunity account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensensatory emotional steess claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

b. If the defendant is a corporation

The defendant, *(name)* Accenture Federal Services , is incorporated under the laws of the State of *(name)* Washington D.C. , and has its principal place of business in the State of *(name)* Washington D.C. .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

   b.   If the defendant is a corporation

   The defendant, *(name)* Federal Retirement Thrift Investment, is incorporated under the laws of the State of *(name)* Washington D.C., and has its principal place of business in the State of *(name)* Washington D.C.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

   b.   If the defendant is a corporation

   The defendant, *(name)* Alight Solutions, is incorporated under the laws of the State of *(name)* Ilinois, and has its principal place of business in the State of *(name)* Ilinois.

   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

    b.    If the defendant is a corporation

The defendant, *(name)* Defense Finance Accounting Services, is incorporated under the laws of the State of *(name)* Indiana, and has its principal place of business in the State of *(name)* Indiana.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

b.  If the defendant is a corporation

The defendant, *(name)* Office of the Air Force Inspector General, is incorporated under the laws of the State of *(name)* Washington D.C. , and has its principal place of business in the State of *(name)* Washington D.C. .
Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

b.  If the defendant is a corporation

The defendant, *(name)* U.S. Office of the Inspector General , is incorporated under the laws of the State of *(name)* Washington D.C. , and has its principal place of business in the State of *(name)* Washington D.C. .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

### IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

b.  If the defendant is a corporation

The defendant, *(name)* Employee Benefits Administration, Dept. , is incorporated under the laws of the State of *(name)* Maryland                     , and has its principal place of business in the State of *(name)* Maryland                     .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Full value of retirement anunity established in December 1979 to be paid out monthly per contract.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I contributed $100.00 monthly into an anunity retirement account through the Department of the Air Force.
I am being denied retirement monies.
I am being denied access to my anunity retirement account.
I am being denied anunity account information.
I am being denied access to my generated 1099Rs.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive claim relief to pay out my anunity retirement account per contract.
Compensatory hardship claim relief to be determined by a jury.
Compensatory emotional stress claim relief to be determined by a jury.
Punitive claim relief to be determined by a jury.

Full amount of retirement anunity as calculated per promise
Injunctive Claim for Relief to be determined by jury
Compensatory Claim for Relief to be determined by jury
Punitive Claim for Relief to be determined by jury
Prayer for Relief

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              08/03/2023

Signature of Plaintiff        *[signature]*
Printed Name of Plaintiff     Cassandra Bonita Charles

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address