UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA B. CHARLES, | No. 2:23-cv-02200 DAD AC PS |
| Plaintiff, | |
| v. | ORDER |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | |

Plaintiff filed this case in pro se on October 4, 2023. ECF No. 1. Plaintiff moved to proceed in forma pauperis ("IFP") and was granted permission to do so. ECF Nos. 2, 3. Pursuant to the screening process accompanying IFP status, plaintiff's initial complaint was rejected for failure to state a claim, and plaintiff was directed to file an amended complaint. ECF No. 3. On October 16, 2023, plaintiff filed an amended complaint that again did not state a claim and was again insufficient for the court to order service of process. ECF No. 4. The court rejected the amended complaint and gave plaintiff another opportunity to file a serviceable amended complaint. ECF No. 5. Though plaintiff was given 30 days to file a second amended complaint, she did not do so. The court is concerned that plaintiff has abandoned this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to file an amended complaint should not result in a

1

recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: December 19, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE