1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CASSANDRA B. CHARLES,                    No. 2:23-cv-02200-DAD-AC (PS)

12              Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   U.S. OFFICE OF PERSONNEL                 THIS ACTION
     MANAGEMENT, et al.,
15                                            (Doc. No. 8)
                Defendants.
16

17        Plaintiff Cassandra B. Charles, proceeding *pro se* and *in forma pauperis*, initiated this

18   civil action on October 4, 2023. (Doc. No. 1.) This matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 15, 2023, the assigned magistrate judge screened plaintiff's first amended

21   complaint and concluded that plaintiff had failed to state any cognizable claims upon which relief

22   can be granted. (Doc. No. 5.) Indeed, the magistrate judge noted that plaintiff's first amended

23   complaint did not identify any causes of action whatsoever and did not properly identify any

24   specific defendants. (*Id.* at 3–4.) Plaintiff was granted a final opportunity to amend her

25   allegations and file a second amended complaint. (*Id.* at 5.) Because plaintiff did not file a

26   second amended complaint as directed, on December 19, 2023, the magistrate judge issued an

27   order to plaintiff to show cause why this action should not be dismissed due to plaintiff's failure

28   to prosecute. (Doc. No. 6.) On December 28, 2023, plaintiff filed a response to the order to show

                                              1

cause, stating "[b]ecause I stand firm on my original complaint, (with no disrespect) there is nothing for me to amend."  (Doc. No. 7.)

Consequently, on January 4, 2024, the assigned magistrate judge issued findings and recommendation recommending that this action be dismissed, with prejudice, because plaintiff's operative first amended complaint fails to state a cognizable claim.  (Doc. No. 8.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 4.)  On January 12, 2024, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 9.)

In her one-sentence objection, plaintiff does not substantively address the findings and recommendations.  Rather, plaintiff merely states that she "object[s] to the dismissal of this case." (*Id.*)  Plaintiff's objection simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objection, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on January 4, 2024 (Doc. No. 8) are adopted in full;

2.      This action is dismissed due to plaintiff's failure to state a cognizable claim for relief; and

3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**January 30, 2024**__                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2