## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CASSANDRA B. CHARLES,**

v.

**U.S. OFFICE OF PERSONNEL MANAGEMENT, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23–CV–02200–DAD–AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/31/24**

**Keith Holland**
Clerk of Court

ENTERED: **January 31, 2024**

by: /s/ A. Benson
Deputy Clerk