UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA B. CHARLES, | No. 2:23-cv-2200 DAD AC |
| Plaintiffs, | |
| v. | ORDER |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On April 20, 2026, plaintiff filed a Motion to Compel Responses. ECF No. 12. This case was closed over two years ago, on January 31, 2024. ECF No. 11. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded, and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 12 will, accordingly, not be considered.

DATED: April 22, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1